**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **LOUIS ARNOLD, IV, #828775,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 24-cv-02020-JPG** |
| | ) | |
| **PHILLIP BALDWIN and** | ) | |
| **SCROGGINS LAW OFFICE, LTD.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants.  Plaintiff shall recover nothing, and the action is **DISMISSED without prejudice**, the parties to bear their own costs.

**DATED**: December 18, 2024

MONICA A. STUMP, CLERK

By: s/ Megan Moyers
Deputy Clerk

APPROVED: s/ J. Phil Gilbert
J. PHIL GILBERT
United States District Judge